1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
      1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
      Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  CHRISTOPHER LEE SIMMONS,        )   No.  EDCV 13 - 02091 RNB
11                                  )
                                    )
12       Plaintiff,                 )   [PROPOSED] ORDER AWARDING
                                    )   EAJA FEES
13       v.                         )
14                                  )
    CAROLYN W. COLVIN               )
15  Acting Commissioner Of Social Security, )
16                                  )
         Defendant.                 )
17  _____)

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19       IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20  THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($2,100.00) subject to the
21  terms of the stipulation.
22       DATE:  October 03, 2014       _____
23                                     HON. ROBERT N. BLOCK
24                                     UNITED STATES MAGISTRATE JUDGE
25
26
27
28

-1-